IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 2:05-cr-78-F |
| | ) |
| ARQIMEDES ALTAMIRANO-RENDON | ) |

# **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on August 16, 2005(Doc. #50), said Recommendation is hereby ADOPTED and it is the

ORDER, JUDGMENT and DECREE that defendant's motion to suppress (Doc. #25) is DENIED.

DONE this 1st day of September, 2005.

                                          /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE